**Park Legal Counsel Group, PLLC**
140 Broadway, 46F
New York, NY 10005
T: 212-858-7580/F: 917-720-9820

December 10, 2018

**Via ECF Transmission**

Hon. Therese Wiley Dancks,
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
Syracuse NY 13261-7346
T: 315-234-8613

      Re:     Jane Doe v. Syracuse University
               Case No: 5:18-CV-1100 (BKS/TWD)
               Request for a Further Adjournment of a Motion Hearing

Dear Judge Dancks:

     I write this letter of request as outgoing counsel for the plaintiff of this action with no objection from defendant.

     As you are aware, the date for the defendant's motion to dismiss the plaintiff's complaint has been adjourned. Plaintiff's response was rescheduled to be due December 28, 12018 and defendant's reply January 7, 2019. No hearing date was set as per the Court's text order of November 21, 2018.

     However, in light of this office's motion to withdraw as counsel returnable on January 17, 2019, I request the defendant's motion to dismiss be rescheduled again to a date reasonably after this office's motion to withdraw is decided.

     I complied with the Court's directive regarding the service of the motion to withdraw and the related return date on plaintiff and filed the certificate of service accordingly.

     Thank you.

     */s/Joon H. Park*
     Joon H. Park

cc:     Barclay Damon
           Attn: Edward G. Melvin II, Esq.

Attorneys for Defendant
125 East Jefferson Street
Syracuse, NY 13202
T: 315- 425-2783


Dated: December _____, 2018
       Syracuse, New York

                                             So Ordered:


                                             _____
                                             Therèse Wiley Dancks
                                             United States Magistrate Judge