**Park Legal Counsel Group, PLLC**
140 Broadway, 46F
New York, NY 10005
T: 212-858-7580/F: 917-720-9820

August 1, 2019

**<u>Via ECF Transmission</u>**

Hon. Therese Wiley Dancks,
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
Syracuse NY 13261-7346
T: 315-234-8613

       Re:    Jane Doe v. Syracuse University
               Case No: 5:18-CV-1100 (BKS/TWD)
               <u>Request for an Adjournment</u>

Dear Judge Dancks:

    Plaintiff's opposition to defendant's motion to dismiss is due August 6, 2019 as per Your Honor's Order of July 16, 2019.

    In light of our motion for reconsideration of withdrawal as counsel submitted on July 30, 2019, we would like to request the above due date as well as defendant's reply date be adjourned to later dates pending the resolution of our motion.

    We already conferred with defense counsel, Mr. Melvin, regarding this matter. He has no opposition to our request.

    Thank you.

/s/ *J. H. Park*
Joon H. Park

cc:    Barclay Damon
       Attn: Edward G. Melvin II, Esq.
       125 East Jefferson Street
       Syracuse, NY 13202
       T: 315- 425-2783