Case 5:18-cv-01100-BKS-TWD Document 42 Filed 08/02/21



Dear Court,

Thank you for sending me the letter.

My conditions were not changed so much since I sent the last letter. However I ask the court to reset the deadline for the pending motion to dismiss until I find new attorney. And I am proceeding pro se until I find new attorney. It became difficult to find new attorney especially during covid. I had found some attorneys who were interested in my case and wanted to proceed however I believe that the university might pressure them not to take it. Even my formal lawyer said she did not want to ruin her career by taking my case. I do not understand this whole situation however if this is the case I prefer to take extra cautions to choose new attorney and proceed the lawsuit. I am afraid my absurdness will ruin the case further. These days, I am working at home so that I can prepare the lawsuit since this is my last chance to voice my case at my knowledge. I would ask the court to be patient. All circumstances were fall into right I will do it.

Thank you again.

     Name redacted pursuant
                          to # [11] Stipulated
                            Protective Order

Name Redacted pursuant to # [11] Stipulated Protective Order

보내는 사람

(06214) #304 201
Eonju-ro, Gangnam-gu
Seoul, South Korea
010-2082-2505

Air Letters
군인공제회우편취급국(취)

KOREA POST
04.08.2021
W700=
8g

US 3지역
KOREA

062114

받는 사람

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

AUG 19 2021

RECEIVED

Clerk, U.S. District Court
P.O. Box 7367
100 S. Clinton Street Syracuse, NY

USA



08/17