Case 5:18-cv-01100-BKS-TWD   Document 48   Filed 11/17/21   Page 1 of 2



5:18-cv-01100-BKS-TWD DOE v. Syracuse University

(06274) #304 201 Eonju-ro, Gangnam-gu
Seoul, South Korea

        CLERK U.S. DISTRICT COURT
        P.O. BOX 7367
        100 S. CLINTON STREET
        SYRACUSE, NEW YORK 13261-7367

    I received the court letter on October 29th, 2021 although it was sent on October 13th, 2021. I was writing to respond to the Motion to Dismiss however a week was not enough time to finish the letter.

    Also, I had found the lawyer who is experienced in title IX matters. And she agreed to take over my case. Therefore I decided to file the complaint at attorney grievance committee to ask

1. The terminated lawyers to retake the case until it was resolved
2. Or reimburse the lawyers fee so that new attorney can take over the case

If the complaint with the attorney grievance committee is dismissed, I will close the case. If not, I would like to respond to the Motion to Dismiss by the extended date. I ask the court to extend the date until I find the result of the complaint.

    After I filed my case with the Office of Civil Rights the university offered the negotiation. And during the negotiation, the Syracuse university already offered

1. Reinstate me
2. Remove the remain of tuition debt

The merit of the lawsuit was to award the monetary damages which the terminated lawyers promised. When I found out the offers by the university at OCR were the best one in these title IX cases, it was very difficult to stand up and decide what I wanted to do with all, especially after the experiences stamped several times by the university when I voiced my rights. However I figured it out now and I again ask the court to reconsider my new situation.

    Lastly, I would like to receive all letters that were sent by me to the court, especially the letter complaining about the terminated lawyers. If it is possible, I would like to receive the letters and the court letters electronically mailed to ███████@gmail.com.

Thank you,

███████(Jane Doe)




EMS 우체국 국제특송 — KOREA POST

---

**서류용 (Document)**
EE 404 024 768 KR

Item No. 우편물번호: *EE404024768KR*

Date & Time posted 접수년월일시
Year 21  Month 11  Day 11  Hour 17:37
Country code 도착국가약호: US

**From 보내는 사람**
Tel. No.: [redacted]
Name(영문): [redacted]
Address: #304 201 Eonju-ro, Gangnam-gu, Seoul, South Korea
e-mail: [redacted]@gmail.com
Rep. of KOREA

**To 받는 사람**
Tel. No.: 315-234-8500
Name(영문): CLERK U.S. DISTRICT COURT
Address: P.O. Box 7367
100 S. CLINTON STREET
SYRACUSE,
City 도시명: NEW YORK
Postal code 우편번호: 13261-7367
Country 국가명: U.S. (한글) 미국

**Customs Declaration 세관신고서  CN22**
Contents 내용품명: Document
Weight 중량: 36 g
Postage 우편요금: 25,140 원

Shipping Insurance: No

(207 × 117mm  NCR 56g/m²)

---

**U.S. DISTRICT COURT**
**JOHN M. DOMURAD, CLERK**
**NOV 17 2021**
**RECEIVED**