**BARCLAY DAMON**ᴸᴸᴾ

**Payne R. Horning**
*Associate*

May 25, 2023

**VIA CM/ECF**
Hon. Brenda K. Sannes
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, New York  13261

      Re:    **Jane Doe v. Syracuse University**
               **5:18-cv-1100 (BKS) (TWD)**

Dear Judge Sannes:

      As you are aware, our office represents the Defendant, Syracuse University ("Defendant"), in the above-referenced matter. We are writing to request a two-week extension for the parties to submit a Stipulation of Dismissal in compliance with the Court's Text Order issued on May 12, 2023. Dkt. No. 87.

      On April 25, 2023, Plaintiff filed a letter with the Court expressing her interest in dismissing the case. Dkt. No. 84. Thereafter, the Court informed Plaintiff that any voluntary dismissal of the action would require a court order or a stipulation signed by both parties and, accordingly, gave the parties until May 12, 2023 to file a stipulation to the dismissal of the action with prejudice, with each party to bears its own costs, attorneys' fees, and expenses. Dkt. No. 85. On May 12, 2023, the Court provided a two-week extension of this deadline to May 26, 2023. Dkt. No. 87.

      Since the time the Court issued its May 26 Text Order, it appears that the parties have reached a resolution.  Plaintiff, however, has failed to provide confirmation, including by executing necessary paperwork.  In light of the fact that the parties appear to have a resolution in principle, we request an additional two weeks for the parties' submission of the stipulation of dismissal.

      Thank you for your consideration.

                                                     Respectfully,

                                                     *s/Payne Horning*

                                                     Payne R. Horning
                                                     Bar Roll No. 704170

cc     Jane Doe (by e-mail)

Barclay Damon Tower – 125 East Jefferson Street – Syracuse, New York 13202  barclaydamon.com
phorning@barclaydamon.com  Direct: 315.413.7123  Fax: 315.425.8566

26422410.1