U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Aug 09 - 2023
John M. Domurad, Clerk

Jane Doe
*The Plaintiff*

August 6, 2023

<u>VIA</u>

Honorable Brenda K. Sannes

United States District Judge

United States District Court, Northern District of New York

100 S. Clinton Street Syracuse, NY 13261 315-234-8595

    Re:    Jane Doe v. Syracuse University

            Case No.: 5:18-cv-01100 (BKS-TWD)

The plaintiff remains in the lawsuit and prepares dispositive motion and a remote deposition if it is allowed.

The plaintiff would make herself available for a deposition. However in order to fully prepare, the plaintiff would like to ask the defendant to respond the plaintiff's deficiency letter before a deposition.

Therefore, the plaintiff asks the court to order that the Defendant responds to the plaintiff's deficiency letter before a deposition.

Thank you.

                                                Respectfully,

                                                Jane Doe

                                                *The Plaintiff*