UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**JANE DOE,**

*Plaintiff,*

-*vs*-

**SYRACUSE UNIVERSITY,**

*Defendant.*

Civil Action No.
5:18-CV-1100 (BKS/TWD)

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law; Declaration of Pamela Peter, with exhibits; Declaration of Sheila Johnson-Willis, with exhibits; Declaration of Carrie Brown, with exhibits; Declaration of Edward G. Melvin, Esq., with exhibits; and Statement of Undisputed Material Facts, Defendant Syracuse University will move this Court before the Honorable Chief Judge Brenda K. Sannes at the United States Courthouse, James M. Hanley Federal Building, 100 South Clinton Street, Syracuse, New York for an Order dismissing Plaintiff's Complaint in its entirety pursuant to Rule 56 of the Federal Rules of Civil Procedure.

**DATED:**    January 16, 2024          **BARCLAY DAMON LLP**

By:    /s/ Edward G. Melvin
       Edward G. Melvin
       Bar Roll No. 509037
       *Attorneys for Defendant*
       Barclay Damon Tower
       125 East Jefferson Street
       Syracuse, New York  13202
       Telephone: (315) 425-2783
       emelvin@barclaydamon.com

27581198.1