U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
**Feb 06 - 2024**
John M. Domurad, Clerk

Jane Doe
*The Plaintiff*

February 6, 2024

<u>VIA</u>

United States District Court, Northern District of New York
P.O. Box 7367 100 S. Clinton Street Syracuse, NY 13261
315-234-8500

Re:   <u>Jane Doe v. Syracuse University</u>

Case No.: 5:18-cv-01100 (BKS-TWD)

In light of this deadline being so close to the Korean National holiday as well as setting up the remote services taken for some time, I am asking to extend the deadline of response to Defendant's Summary Judgement Motion from February 13, 2024 to March 13, 2024. I will file the document as soon as possible.

Thank you,

Respectfully,

Jane Doe

*The Plaintiff*