**BARCLAY DAMON**ᴸᴸᴾ

**Payne R. Horning**
*Associate*

February 7, 2024

**VIA CM/ECF**
Hon. Brenda K. Sannes
Chief Judge
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, New York 13261

      **Re:**    **Jane Doe v. Syracuse University**
                **5:18-cv-1100 (BKS) (TWD)**

Dear Judge Sannes:

      As you are aware, our office represents the Defendant, Syracuse University, in the above-captioned case. We are writing in response to Plaintiff's letter request for additional time to submit her response to Defendant's motion for summary judgment. Dkt. No. 109.

      Defendant is agreeable to an extension of time for Plaintiff to submit a response, however, her proposed deadline of March 13, 2024 is nearly two months after Defendant submitted its motion for summary judgment, copies of which were emailed and mailed to Plaintiff.

      If the Court grants Plaintiff's request for an extension, we respectfully request that her opposition deadline be extended to no later than February 27, 2024, with Defendant's reply papers due on March 11, 2024.

      Thank you for your consideration.

                                                                     Respectfully submitted,

                                                                     *s/Payne Horning*

                                                                       Payne R. Horning
                                                                       Bar Roll No. 704170

CC:    Jane Doe

Barclay Damon Tower – 125 East Jefferson Street – Syracuse, New York 13202  barclaydamon.com
phorning@barclaydamon.com  Direct: 315.413.7123  Fax: 315.425.8566

27706592.1