U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
Feb 07 - 2024
John M. Domurad, Clerk

Jane Doe
*The Plaintiff*

February 6, 2024

<u>VIA</u>

United States District Court, Northern District of New York
P.O. Box 7367 100 S. Clinton Street Syracuse, NY 13261
315-234-8500

Re: <u>Jane Doe v. Syracuse University</u>

Case No.: 5:18-cv-01100 (BKS-TWD)

I received the letter from the court on Febrary 2, 2024.

In light of this deadline being so close to the Korean National holiday as well as setting up the remote services taken for some time, I am asking to extend the deadline of response to Defendant's Summary Judgement Motion from February 13, 2024 to March 13, 2024. I will file the document as soon as possible.

Thank you,

Respectfully,

Jane Doe

*The Plaintiff*